MAY 22 2025 PM 1:52
FILED-USDC-CT-HARTFORD

United States District Court

District of Connecticut

Courtney Green                                              No.3:24-CV-01317-VDO

     V

Commissioner Quiros, et al                                  May 18, 2025


Plaintiff's Motion To Compel Provision(s) of Deposition Transcripts To Indigent Plaintiff Courtney Green, the pro se plaintiff, respectfully moves this court to order that he be provided, at no cost, with a copy of the transcripts from depositions conducted in this matter.

In support of this motion, plaintiff states as follows:

1. Plaintiff is indigent, although the plaintiff was previously not at the time of the filing of this complaint.

2. Plaintiff was released from custody on Nov.19, 2024 and about 3 months later he began working.

3. Plaintiff was employed on April 30, 2025 at the time of the deposition, but the plaintiff is no longer working and does not have $864.28 to purchase the transcripts in this instance. See Exhibit 1.

4. Plaintiff was in the mind state that such transcripts would cost around $200.00 which the plaintiff would be able to procure.

5. Plaintiff was just hired for a new job and has to travel to Massachusetts for training beginning on May 21, 2025 for 3 weeks, further hindering his ability to procure $864.28 for the deposition transcripts.

6. Deposition of plaintiff Courtney Green were taken on April 30, 2025, and are relevant to the preparation and prosecution of plaintiff's case.

1

7.  Plaintiff does not have the financial means to purchase the deposition transcripts, which are necessary for the proper preparation of his case including opposing any dispositive motions and / or preparing for trial.

8.  It is in the interest of justice that the indigent plaintiff be allowed equal access to critical discovery materials.

9.  Courts have discretion under Rule 30 (f) (3) of Fed. R. Civ. P., and their inherent authority to order a party to provide a copy of deposition transcripts under appropriate circumstances.

Wherefore, plaintiff respectfully requests that the court order the defendants to provide plaintiff with a copy of the deposition transcripts at no cost or, in the alternative, that the court direct any court reporter or officer, before whom the deposition was taken to do so.

Respectfully Submitted

Courtney Green

30 Trowel Street

Bridgeport, Ct 06607

2

Certification

I hereby certify that a copy of the foregoing was sent by U. S. Mail on __5__ / 18 / 2025

To Owen Robert Eagan, at 165 Capitol Avenue Hartford, Ct 06106