

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35873*** | 5/16/2025 | 40596 |
| **Job Date** | **Case No.** | |
| 4/30/2025 | 3:24-CV-1317 (VDO) | |
| **Case Name** | | |
| Courtney Green v. Quiros, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Courtney Green
Courtney Green
30 Trowel Street
Bridgeport, CT 06607

1 CERTIFIED COPY OF TRANSCRIPT OF:
    *Courtney Green*            791.25
         SALES TAX            49.29

**TOTAL DUE  >>>**     **$840.54**
AFTER 6/16/2025  PAY     $864.28

**\*\*\*TRANSCRIPT WILL BE SENT UPON RECEIPT OF PAYMENT\*\*\***

For your convenience you can go right to our website and pay with a credit card: https://aplusreportingservice.com  Choose make a payment.

Please call 203-269-9976 for any questions.

This invoice will be emailed only. A paper copy will not be sent unless requested.

Thank you !   We appreciate your business !

**Tax ID:** 81-2813706

*Please detach bottom portion and return with payment.*

Courtney Green
Courtney Green
30 Trowel Street
Bridgeport, CT 06607

| | | | |
|---|---|---|---|
| Job No. | : 40596 | BU ID | : A |
| Case No. | : 3:24-CV-1317 (VDO) | | |
| Case Name | : Courtney Green v. Quiros, et al | | |
| Invoice No. | : 35873*** | Invoice Date | : 5/16/2025 |
| **Total Due** | : **$840.54** | | |

AFTER 6/16/2025  PAY  $864.28

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:         Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **A Plus Reporting Service LLC**
       **55 Whiting Street**
       **Suite 1A**
       **Plainville, CT 06062**