SEP 8 2025 PM3:46
FILED-USDC-CT-HARTFORD

United States District Court

District of Connecticut

Courtney Green                                    No. 3:24-CV-01317-VDO

    V.

Commissioner Quiros, et al                    9 / 5 / 2025

### Plaintiff's Motion For In Camera Review

The plaintiff Courtney Green respectfully moves this Honorable court to conduct an in camera review of static video cameras, preserved under Vid 1 Export C177 visit room, Vid 2 Export C178 visit desk, Vid 3 Export C1800 which are in the defendant's possession and control. The plaintiff further moves the court respectfully to review said static video that depicts Robinson's CI visiting room, nevertheless plaintiff believes that such videos will assist the court in making a fair and just ruling on the pending motion for summary judgment as the video illustrates that there remains material facts in dispute as to whether the strip searches that the plaintiff was subjected to at the conclusion of non - contact video visits and whether they were reasonable. At bottom are the areas of the visiting room identified.

1. In Vid 1 Export C177 starting from approximately 00:15 Defendant Starzyk is depicted walking to video visit area.

2. In Vid 1 Export C177 from approximately 04:48 -04: 53 inmates walk to video visit area.

3. In Vid 1 Export C177 from approximately 03:17 - 03:35 inmates greet visitors for contact visits.

4. In Vid 2 Export C178 at approximately 00:15 the non - contact visit area is depicted.

By The Plaintiff

Courtney Green

30 Trowel Street.

Bridgeport, Ct 06607

1

Certification

I hereby certify that a copy of the foregoing was sent on __9__ / __5__ / __2025__ by mail; to

Dennis Mancini 165 Capitol Ave. Hartford, Ct 06106