United States District Court

District of Connecticut

SEP 8 2025 PM3:46
FILED-USDC-CT-HARTFORD

Courtney Green                                             No. 3:24-CV-01317-VDO

V

Commissioner Quiros, et al                      9 / 5 / 2025

Plaintiff's Response to Defendant's Local Rule 56 (a) 1 Statement of Undisputed Material Facts

Pursuant to local rule 56 (a) 2, the plaintiff Courtney Green, hereby submits his response to

Defendant's local rule 56 (a) 1.

1.  Admit

2.  Admit

3.  Admit

4.  Admit

5.  Admit

6.  Deny see Depo. Tr. at p. 56 Lines 1-4

7.  Deny in so far as the term "public visiting room"

8.  Deny insufficient knowledge to admit

9.  Admit

10. Deny see compl. At par., 17

11. Admit

12. Admit

13. Admit

14. Deny insufficient knowledge to admit

15. Admit

16.  Deny on the grounds of speculation for each correctional officer only contact visits are

     strip searched

17. Deny see exh., 19 at 012 - 013 ( ix )

18. Deny see compl., at par., (s) 15 - 16

19. Deny see exhibit 8 #19

20. Deny see exhibit 8 #19; exhibit 3 #20

21. Admit

22. Admit

23. Admit

24. Deny see exhibit 19 at 012 - 013

25. Admit

26. Admit in part, denied in so far as to the relevant time frame these visits occurred

27. Deny see exhibit 15

28. Admit

29. Admit

30. Admit

31. Admit

32.  Deny see compl., at par., 11

33.  Deny see Depo Tr. p. 116, lines 1-9; compl., at par., 11

34. Deny as to "with a response from an appropriate department head to be made within 15

days

35. Deny see exhibit 30 at 006 ( ii ) 2 ( a )

36. Admit

37. Deny see exhibit 18 at 007

38. Admit

39. Neither admit or deny, insufficient knowledge

40. Neither admit or deny, insufficient knowledge

41. Admit

42. Admit

1

43. Admit

44. Insufficient knowledge to admit or deny

45. Insufficient knowledge to admit or deny

By The Plaintiff

Courtney Green

Certification

I hereby certify that a copy of the foregoing was sent by U. S. mail on $\underline{9}$ / $\underline{5}$ / $\underline{2025}$;

Dennis Mancin

AAG

165 Capitol Ave.

Hartford, Ct 06106