APR 3 2026 PM3:09
FILED - USDC - BPT - CT

United States District Court

District of Connecticut

Courtney Green
(Plaintiff)

No. 3:24-CV-01317 - VDO

V

Angel Quiros et al
(Defendants)

3  /30 /2026

Notice Of Appeal

Notice is hereby given that Plaintiff Courtney Green, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action.

Plaintiff specifically appeals from the order granting Defendants' Motion for Summary Judgment and the final judgment entered on March 4, 2026.

This action arises under 42 U. S. C. Section 1983 and concerns the constitutionality of routine strip searches conducted by correctional officials following non - contact and video visits at Carl Robinson CI.

Plaintiff Appeals the Court's rulings including but not limited to:

1. The Court's determination that the challenged strip search policy satisfied the factors set forth in Turner v. Safley; Bell v. Wolfish.

2. The Court's acceptance of the Defendant's speculative asserted security justification that inmates participating in video visits could obtain contraband from other inmates in the visiting room;

3. The Court's denial of Plaintiff's motion requesting in - camera review of video evidence depicting the layout and procedures of the visiting area; and

4. The Court's grant of summary judgment despite the absence of evidence demonstrating that inmates participating in video visits have obtained contraband.

1

Plaintiff respectfully requests that the Court of Appeals review the judgment of the district court.

3 /30/2026

Respectfully submitted,

Courtney Green

Pro Se

30 Trowel Street

Bridgeport, Ct 06607

2